# NEW YORK SUPERIOR COURT.

### EDWIN LORD agt. WASHINGTON E. CONNOR.

*What are referable actions.*

In all cases arising on contract it must appear that the trial will require
an examination of a long account in order to refer the action. The mere
affidavit of the moving party that it will is not conclusive. The plead-
ings should also show this fact.

*Special Term, August,* 1874.

MONELL, *Ch. J.* — From an examination of the complaint
in these actions, it seems that the action is to recover
damages for the breach of an agreement, by the defendant,
to purchase certain shares of Erie railway and other stocks,
to replace other similar stocks which had been borrowed in
the course of the dealings between the parties. As I under-
stand the introductory allegations in the complaints, they are
of facts intended to show that an agreement existed, by or
under which the defendant was bound to purchase the stocks
in question.

I do not understand that any of the purchases or sales
mentioned in such introductory parts form any part of the
claims for damages, but are intended to show the course of
dealing between the parties from or by which it is claimed
the agreement is made out.

In this view the actions are not referable (*Evans* agt.
*Kalbfleisch,* 36 *Superior Ct. R.,* 450).

In all cases arising on contract it must appear that the trial
will require the examination of a long account. The mere

Lord agt. Connor

affidavit of the moving party that it will is not conclusive. (*Kane* agt. *Delano*, 11 *Abb*. [*N. S.*], 29).

I may be wrong in my construction of the complaints, and the actions may be to recover on the several purchases and sales stated therein. But that is by no means clear, and as the defendant, under section 158 of the Code, can compel a bill of particulars of the plaintiff's claims, in the several actions, I think he should so do, that it may be made clear what the cause of action is.

But, upon the papers before me, I must hold the actions not to be referable.

The orders of reference must be vacated, but without prejudice to a renewal of the motions upon additional papers.